| | |
|---|---|
| Heather McMillan (SBN 188939)<br>Email: heather@scmclaw.com<br>Daniel P. Stevens (SBN 164277)<br>STEVENS & McMILLAN<br>335 Centennial Way<br>Tustin, CA 92780<br>Tel.: (714) 730-1000<br>Fax: (714) 730-1067 | JS - 6<br>**FILED: 11/13/13** |

Attorneys for Plaintiff
RAYMOND SMITH

Simon L. Yang
Email: syang@seyfarth.com
Seyfarth Shaw LLP
333 S.Hope St, Ste 3900
Los Angeles, CA 90071
Tel.: (213) 270-9600
Fax: (213) 270-9601

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT FOR CALIFORNIA

| | |
|---|---|
| RAYMOND SMITH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BP PRODUCTS NORTH AMERICA, INC., and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.: CV 13-4075 GHK (AGRx)<br><br>(LASC No. BC 501164<br><br>Action Filed:　　December 20, 2012<br><br>[~~PROPOSED~~]  O R D E R DISMISSING  ENTIRE  ACTION WITH  PREJUDICE |

## [~~PROPOSED~~] ORDER

Pursuant to the Stipulation entered into by and between Plaintiff RAYMOND SMITH and Defendant BP PRODUCTS NORTH AMERICA, INC. through their respective counsel of record, and good cause appearing therefore,

///

///

---

1

**[Proposed] Order to Dismiss Entire Action with Prejudice**

1   IT IS HEREBY ORDERED that the matter of Raymond Smith vs. BP Products
2 North America, Inc. filed in the United States District Court for the Central District
3 of California, bearing Case Number CV 13-4075 GHK (AGRx) is hereby dismissed
4 with prejudice in its entirety.

6 DATED:    11/12/13
  _____
7                                HONORABLE GEORGE H. KING
                                 Chief United States District Judge